UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA E. CEJA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. CV 12-03513-MAN<br><br>ORDER<br>AWARDING ATTORNEY'S<br>FEES AND COSTS PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C.<br>§ 2412(d), AND COURT COSTS<br>PURSUANT TO<br>28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND ONE-HUNDRED FIFTY DOLLARS and NO CENTS ($6,150.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: November 26, 2013

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

1